UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY DESEAN ADAMS, | ) | NO. CV 20-10001-DOC (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| SUSAN PIDO, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the magistrate judge.

On January 24, 2022, Plaintiff constructively filed a document entitled "Motion Requesting Extension of 60 Days to Amend Due to Covid-19 Conditions, Other Civil Complaints, Exc." (Dkt. No. 49.) Plaintiff requested that the Court grant 60 days for Plaintiff to file a First Amended Complaint. Subsequently, however, the court received Plaintiff's proposed First Amended Complaint on January 27, 2022.

IT IS ORDERED as follows:

(1) Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) is GRANTED as follows: the official capacity claims for damages are dismissed without leave to amend and all other claims are dismissed with leave to amend;

(2) Plaintiff's motion for summary judgment is DENIED; and

(3) Plaintiff's motion requesting an extension of time to file a First Amended Complaint is DENIED AS MOOT and the Clerk is DIRECTED to file the First Amended Complaint on the date it was received by the court, January 27, 2022.

The matter is referred back to the magistrate judge for further proceedings.

DATED: February 15, 2022

*/s/ David O. Carter*
HON. DAVID O. CARTER
United States District Judge