UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUSAN PIDO,<br><br>　　　　Defendants. | NO. CV 20-10001-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1) Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) is GRANTED IN PART AND DENIED IN PART as follows: (a) Defendant's motion with respect to the medical treatment of Plaintiff's urinary symptoms is denied and (b) Plaintiff's Eighth Amendment claims are DISMISSED WITH LEAVE TO AMEND in all other respects (Dkt. No. 54);

(2) Plaintiff's application for a TRO and a preliminary injunction is DENIED (Dkt. No. 62); and (3) Plaintiff is granted leave to file a Second Amended Complaint consistent with the Magistrate Judge's Report and Recommendation

within 30 days after entry of this order.

If Plaintiff elects not to file a Second Amended Complaint, this action will proceed solely on his Eighth Amendment claims against Dr. Pido based on the medical treatment of his urinary symptoms.

If Plaintiff chooses to file a Second Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a blank pro se civil rights complaint form.

DATED: January 10, 2023

*David O. Carter*
DAVID O. CARTER
United States District Judge