1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS, <br><br> Plaintiff, <br><br> **v.** <br><br> SUSAN PIDO, <br><br> Defendants. | NO. CV 20-10001-DOC (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendant Dr. Susan Pido's motion for summary judgment under Fed. R. Civ. P. 56 is GRANTED.

IT IS FURTHER ORDERED that judgment be entered dismissing this action with prejudice.

DATED: May 16, 2024

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge