JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DESEAN ADAMS, <br><br>                             Plaintiff, <br><br>        **v.** <br><br>SUSAN PIDO, <br><br>                       Defendants. | NO. CV 20-10001-DOC (AGR) <br><br>JUDGMENT |

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed with prejudice.

DATED:  May 16, 2024

                            DAVID O. CARTER
                 United States District Judge